IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY ALICE DORSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 04-0209-BH-B |
| OCWEN FEDERAL BANK FSB, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

It is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be entered in

favor of the plaintiff, Mary Alice Dorsey, and against the defendant, Moss Codilis, L.L.P.,

in the amount of $1,000.00 plus fees in the amount of $5,000.00, for a total of $6,000.00,

said judgment to bear interest at the legal rate of 3.90% from the date of judgment.

**DONE** this 17th day of August, 2005.

s/ W. B. Hand
SENIOR DISTRICT JUDGE